UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HAYES,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VCOM SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No.  25-cv-02502-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  7/25/2025

FURTHER CASE MANAGEMENT: 8/22/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/31/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 4/3/2026;
　　Opp. Due: 4/17/2026; Reply Due: 4/24/2026;
　　and set for hearing no later than 5/8/2026 at 10:00 AM.

DESIGNATION OF EXPERTS: 5/29/2026; REBUTTAL: 6/12/2026;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/10/2026.

PRETRIAL PAPERWORK DUE:  7/21/2026
PRETRIAL CONFERENCE DATE: 8/4/2026 at 1:30 PM.

JURY TRIAL DATE: 8/17/2026 at 9:00 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 13, 2025

_____
SUSAN ILLSTON
United States District Judge