1 | Donald R. Williams, Jr., State Bar No. 303126
**REED WILLIAMS**
A Professional Law Corporation
9343 Tech Center Drive, Suite 165
Sacramento, CA 95826
Telephone: 916.281.9337
Email: donald@reedwilliamslaw.com

Attorney for Plaintiff
JUSTIN HAYES

Lisa Barnett Sween, State Bar No. 191155
Benjamin A. Mains, State Bar No. 274056
Benjamin R. Eversole, State Bar No. 334474
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: 415.394.9400
Facsimile:  415.394.9401
Email:  Lisa.Sween@jacksonlewis.com
E-mail: Benjamin.Mains@jacksonlewis.com
E-mail: Benjamin.Eversole@jacksonlewis.com

Attorneys for Defendant
VCOM SOLUTIONS, INC.



Date:  December 18, 2025

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN HAYES**,<br><br>    Plaintiff,<br><br>  v.<br><br>**VCOM SOLUTIONS, INC.;** and **DOES 1 through 100**, inclusive,<br><br>    Defendants. | Case No.: 3:25-cv-02502-SI<br><br>**STIPULATION OF THE PARTIES TO DISMISS CASE AND VACATE ALL FUTURE DATES**<br><br>*Assigned to Honorable Susan Illston for All Purposes.*<br><br>Complaint Filed: March 7, 2025<br>Removal Date: March 12, 2025<br>Trial Date: August 17, 2026 |

///

1

**Stipulation of the Parties to Dismiss Case and Vacate All Future Dates**
*Justin Hayes v. vCom Solutions, Inc., et al.*                              Donald R. Williams, Jr., Esq.
Case No.: 3:23-cv-02502-SI

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Justin Hayes and Defendant vCom Solutions, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. **Dismissal With Prejudice.** The Parties stipulate that the above-captioned actions, including all claims and counterclaims, shall be dismissed with prejudice.

2. **Vacate All Future Dates.** The Parties jointly request that the Court vacate all pending dates, including but not limited to the trial date, pretrial deadlines, motion hearings, and case management conferences. Additionally, the parties respectfully request the Court vacate the following future hearing dates:

    i. Further Case Management Conference (January 9, 2026, at 3:00 p.m.);

    ii. Pre-Trial Conference (August 4, 2026, at 1:30 p.m.);

    iii. Trial (August 17, 2026, at 9:00 a.m.).

3. **Fees and Costs.** Each Party shall bear its own attorneys' fees, expenses, and costs, unless otherwise agreed to by the Parties.

4. **Retention of Jurisdiction.** The Parties request that the Court retain jurisdiction under *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), for the limited purpose of enforcing any agreement between the Parties relating to this stipulation for dismissal.

Date: December 5, 2025       By: _____
**DONALD R. WILLIAMS, JR., ESQ.**
Attorney for Plaintiff
JUSTIN HAYES

Date: December 18, 2025      By: _____
**LISA BARNETT SWEEN, ESQ.**
**BENJAMIN A. MAINS, ESQ.**
**BENJAMIN R. EVERSOLE, ESQ.**
Attorneys for Defendant
VCOM SOLUTIONS, INC.

2

**Stipulation of the Parties to Dismiss Case and Vacate All Future Dates**
*Justin Hayes v. vCom Solutions, Inc., et al.*                                            Donald R. Williams, Jr., Esq.
Case No.: 3:23-cv-02502-SI